IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED IN OPEN COURT
ON 1/20/15

Julie A. Richards, Clerk
US District Court
Eastern District of NC

NO. 5:15-CR-24-1 (1)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | INDICTMENT |
| ) | |
| MARK ANTHONY DENNING ) | |

The Grand Jury charges that:

### COUNT ONE

[Illegal Possession of a Machine Gun;
18 U.S.C. §§ 922(o) and 924(a)(2)]

From on or about March 13, 2014, to on or about March 14, 2014, in the Eastern District of North Carolina, the defendant, MARK ANTHONY DENNING, did knowingly possess a machinegun, that is, a Leinad, Model M-11/NINE, 9mm caliber machinegun with barrel extender and vertical grip, as defined in Title 26, United States Code, Section 5845(b), in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

### COUNT TWO

[Illegal Transfer of a Machine Gun; 26 U.S.C. §§ 5812, 5861(e), and 5871]

From on or about March 13, 2014, to on or about March 14, 2014, in the Eastern District of North Carolina, the defendant, MARK ANTHONY DENNING, knowingly and unlawfully transferred a firearm, a Leinad,

Model M-11/NINE, 9mm caliber machinegun with barrel extender and vertical grip, as defined in Title 26, United States Code, Section 5845(b), to a person known to the Grand Jury, in violation of Title 26, United States Code, Section 5812, 5861(e), and 5871.

## COUNT THREE

[Sale of a Firearm to a Prohibited Person; 18 U.S.C. §§ 922(d) and 924(a)(2)]

From on or about March 13, 2014, to on or about March 14, 2014, in the Eastern District of North Carolina, the defendant, MARK ANTHONY DENNING, knowingly sold a firearm to a person known to the Grand Jury, knowing and having reasonable cause to believe that such person had been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(d), and 924(a)(2).

## COUNT FOUR

[Possession of Stolen Firearms; 18 U.S.C. §§ 922(j) and 924(a)(2)]

From on or about March 13, 2014, to on or about March 14, 2014, in the Eastern District of North Carolina, the defendant, MARK ANTHONY DENNING, knowingly possessed stolen firearms, which had been shipped and transported in interstate commerce before they were stolen, knowing and having reasonable cause to believe the firearms were stolen, in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

## FORFEITURE NOTICE

The defendant, MARK DENNING, is given notice of the provisions of Title 18, United States Code, Section 924(d)(1) and Title 26, United States Code, Section 5872, both as made applicable to these proceedings by virtue of Title 28, United States Code, Section 2461(c), that all the defendant's interest in the firearms and ammunition specified herein are subject to forfeiture. As a result of the foregoing offenses in the criminal indictment, the defendant shall forfeit to the United States all firearms and ammunition involved and used in the knowing violation of the offense. The forfeitable property includes, but is not limited to, a Charles Daly

[remainder of page intentionally left blank]

model Field Hunter 12 gauge shotgun, serial number 3104295, and a Leinad, Model M-11/NINE, 9mm caliber machinegun with barrel extender and vertical grip, serial number 94-0033974 and any and all accompanying ammunition.

A TRUE BILL

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

DATE 1/20/2015

THOMAS G. WALKER
United States Attorney

BY:
SEBASTIAN KIELMANOVICH
Assistant United States Attorney